UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



FILED
NOV 14 2014
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

AUNNA CHAMBERLAIN,

    Plaintiff,

vs.                                                                                   Case No. 14-13626

M&M CARS, INC.,                                                       HON. AVERN COHN

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Doc. 7)

I.

This is a breach of contract case/consumer rights case. In broad terms, plaintiff claims that defendant violated state and federal laws arising out of purchase and finance of a 2003 Chevy vehicle.

II.

On September 18, 2014, plaintiff filed a complaint against defendant. (Doc. 1). Defendant failed to timely respond after service. Accordingly, on October 13, 2014, plaintiff requested a Clerk's entry of default. (Doc. 5). On October 15, 2014, the Clerk entered a default. (Doc. 6). On October 31, 2014, plaintiff filed a motion for default judgment. (Doc. 7). The motion was heard on November 12, 2014.

The motion is GRANTED. See Fed. R. Civ. P. 55. A judgment shall enter in favor of plaintiff and against defendant as to liability only.

The amount of plaintiff's damages will be the subject of a separate proceeding after plaintiff supplements her papers.

SO ORDERED.

                                                           AVERN COHN
                                           UNITED STATES DISTRICT JUDGE

Dated: 11/14/14
Detroit, Michigan