UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



AUNNA CHAMBERLAIN,

    Plaintiff,

vs.                                             Case No. 14-13626

M&M CARS, INC.,                    HON. AVERN COHN

    Defendant.
_____/

## PARTIAL JUDGMENT AS TO LIABILITY ONLY

In accordance with the order entered this date, JUDGMENT is hereby entered in favor of plaintiff and against defendant on the issue of liability only.

SO ORDERED.

_____
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 11/14/14
Detroit, Michigan