UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUNNA CHAMBERLAIN,

    Plaintiff,

-vs-                                  Case No.:  14-13626
                                        HON. AVERN COHN

M&M, INC.

    Defendant

---

| | |
|---|---|
| Adam S. Alexander (P53584) | John Larkin (P45752) |
| Andrew R. Mikos (P76268) | LAW OFFICE OF JOHN LARKIN |
| THE ALEXANDER LAW FIRM | Attorney for Defendant |
| Attorneys for Plaintiff | 33680 Five Mile Rd. |
| 17200 W 10 Mile Rd, Ste. 200 | Livonia MI 48154 |
| Southfield, MI 48075 | 734-422-2111 |
| (248)246-6353 | larkinlaw@gmail.com |
| Email:  adalesq@gmail.com | |

---

## STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT M&M, INC.

      This matter having come before the Court upon the stipulation of the Plaintiff Aunna Chamberlain and Defendant M&M, Inc., through their respective counsel, and the Court being otherwise fully advised in the premises, Defendant M&M, Inc. is dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction for a period of six (6) months to enforce the settlement reached by the parties.

**IT IS HEREBY ORDERED** that Defendant M&M, Inc. is dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction for a period of six (6) months to enforce the settlement reached by the parties.  This is the final Order closing the case.

_____
HON. AVERN COHN
U.S. District Court Judge

Dated:  _____

*We hereby stipulate to entry of the foregoing Order.*

| | |
|---|---|
| **/s/ Adam S. Alexander (P53584)** | **/s/ John Larkin (P45752)** |
| Andrew R. Mikos (P76268) | LAW OFFICE OF JOHN LARKIN |
| THE ALEXANDER LAW FIRM | Attorney for Defendant |
| Attorneys for Plaintiff | 33680 Five Mile Rd. |
| 17200 W 10 Mile Rd, Ste. 200 | Livonia MI 48154 |
| Southfield, MI 48075 | 734-422-2111 |
| (248)246-6353 | larkinlaw@gmail.com |
| Email:  adalesq@gmail.com | |