UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



AUNNA CHAMBERLAIN,

    Plaintiff,

-vs-

M&M, INC.

    Defendant

Case No.: 14-13626
HON. AVERN COHN

---

| | |
|---|---|
| Adam S. Alexander (P53584)<br>Andrew R. Mikos (P76268)<br>THE ALEXANDER LAW FIRM<br>Attorneys for Plaintiff<br>17200 W 10 Mile Rd, Ste. 200<br>Southfield, MI 48075<br>(248)246-6353<br>Email: adalesq@gmail.com | John Larkin (P45752)<br>LAW OFFICE OF JOHN LARKIN<br>Attorney for Defendant<br>33680 Five Mile Rd.<br>Livonia MI 48154<br>734-422-2111<br>larkinlaw@gmail.com |

## STIPULATED ORDER OF DISMISSAL AS TO DEFENDANT M&M, INC.

This matter having come before the Court upon the stipulation of the Plaintiff Aunna Chamberlain and Defendant M&M, Inc., through their respective counsel, and the Court being otherwise fully advised in the premises, Defendant M&M, Inc. is dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction for a period of six (6) months to enforce the settlement reached by the parties.

IT IS HEREBY ORDERED that Defendant M&M, Inc. is dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction for a period of six (6) months to enforce the settlement reached by the parties. This is the final Order closing the case.

HON. AVERN COHN
U.S. District Court Judge

Dated: 2/27/15

*We hereby stipulate to entry of the foregoing Order.*

| | |
|---|---|
| **/s/ Adam S. Alexander (P53584)** | **/s/ John Larkin (P45752)** |
| Andrew R. Mikos (P76268) | LAW OFFICE OF JOHN LARKIN |
| THE ALEXANDER LAW FIRM | Attorney for Defendant |
| Attorneys for Plaintiff | 33680 Five Mile Rd. |
| 17200 W 10 Mile Rd, Ste. 200 | Livonia MI 48154 |
| Southfield, MI 48075 | 734-422-2111 |
| (248)246-6353 | larkinlaw@gmail.com |
| Email: adalesq@gmail.com | |